JAMES ALBERT CROLLY, Individually and as Administrator of JAMES D. CROLLY and of JEREMIAH CROLLY, Appellant, *v.* ANGELA M. DEVLIN et al., Respondents, Impleaded with Others.

*Crolly* v. *Devlin*, 56 App. Div. 625, affirmed.
(Submitted March 29, 1901; decided May 14, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 16, 1901, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*Fred. C. Hanford* and *Harvey M. Hubbard* for appellant.

*Rudolf Dulon* for respondents.

Judgment affirmed, with costs to respondents payable by appellant personally.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, LANDON and WERNER, JJ. Not voting: HAIGHT and CULLEN, JJ.